UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**LEE BOUIE**
**SSN: XXX-XX-2628**

Case Number 14-22615-RAM
Chapter 7

Debtor.
_____/

### DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

Debtor's counsel, Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., "Counsel," hereby files this *Motion to Withdraw*, and states:

1. This is a Chapter 7 case filed on May 30, 2014.

2. The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible.  Therefore, Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., to withdraw as counsel of record for the Debtor.

3. Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade & Garcia, P.A., to withdraw as counsel of record for the Debtor.

Page 2.

**WHEREFORE**, the Debtor's counsel seeks an order allowing withdrawal as counsel of record from the case and for any other relief deemed just and proper in the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to Lee Bouie, 301 Sharazad Blvd, Opa Locka, FL 33056 and via ECF to: Joel L. Tabas, Chapter 7 Trustee, One Flagler Building, 14 NE 1st Avenue PH, Miami, FL 33132 on this 23rd day of September, 2014.

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>☐ Wendy Garcia, Esq., FBN 0865478<br>☐ Jessica L. McMaken, Esq., FBN 580163 |