

**ORDERED in the Southern District of Florida on November 13, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

In re:

**LEE BOUIE**  Case Number 14-22615-BKC-RAM
SSN XXX.XX.2624  Chapter 7

      Debtor.
_____/

### ORDER GRANTING DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court on November 13, 2014 at 10:00 A.M. on *Debtor's Counsel's Motion to Withdraw* and the Court having reviewed the file and heard argument of counsel, it is

**ORDERED AND ADJUDGED** as follows:

1. *Debtor's Counsel's Motion to Withdraw* is **GRANTED.**

2. Timothy S. Kingcade, Esq., is hereby relieved of further responsibility in this case.

**Page 2.** *In re lee Bouie*
Case No. 14-22615-BKC-RAM

3.  All future correspondence regarding this case is to be served on Lee Bouie, 301 Sharazad Blvd., Opa Locka, FL 33054-3543.

###

Copy to:
Timothy S. Kingcade, Esq.
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.