

ORDERED in the Southern District of Florida on April 28, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                 CASE NO.:  14-22615-BKC-RAM
                                                                                        Chapter 7
**LEE BOUIE**
SSN: XXX-XX-2624
          Debtor's.              /

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION
FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION
AND REPURCHASE OF DEBTOR'S NON-EXEMPT ASSETS**

**THIS CAUSE** having come before the Court upon Marcia T. Dunn, Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets (the "Motion"), and the Court, having reviewed the Motion and the Certificate of No Response, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interests of this Estate, and finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

CASE NO.: 14-22615-BKC-RAM

**ORDERED** as follows:

1. The Motion is granted.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and the Stipulation attached to the Motion, and as follows:

The Trustee and the Debtor agree that the Settlement Amount provides for the repurchase of the Debtor's interests in the following:

| ASSET DESCRIPTION | PRORATION % | SETTLED VALUE OF ASSET |
|---|---|---|
| Six cemetery plots | 42.11% | $ 8,759.88 |
| Cash | 0.02% | $ 3.65 |
| Bank of America checking account x1786 | 0.13% | $ 26.54 |
| Chase checking account x4350 | 0.14% | $ 29.70 |
| Two 1984 International S Series Commercial Truck | 8.77% | $ 1,824.98 |
| 2013 Trailer | 12.28% | $ 2,554.97 |
| 1990 Ford F Super Duty Cab | 1.40% | $ 292.00 |
| 1993 Ford F Super Duty | 1.75% | $ 365.00 |
| 1997 Ford F250 | 5.17% | $ 1,076.01 |
| 2005 Chevrolet Silverado K3500 | 0.70% | $ 146.00 |
| Household goods and furnishings | 2.24% | $ 465.37 |
| Wearing apparel | 0.35% | $ 73.00 |
| Jewelry | 0.35% | $ 73.00 |
| B&B Equipment Services, Inc | 17.55% | $ 3,649.95 |
| Three utility trailers | 7.02% | $ 1,459.98 |

The Trustee and the Debtor agree that the Settlement Amount shall be paid in twenty (20) consecutive monthly installments of $1,060.00 each month, with the first payment to be made on or before April 15, 2015, and each subsequent payment due on the same day each month thereafter until a total amount of $21,200.00 is paid in full by November 15, 2016. This amount includes the anticipated bank fees and administrative expenses incurred by the Estate during the pendency of the repayment term.

3. The Court incorporates the terms of the Stipulation into this Order and retains jurisdiction to enforce the terms thereof.

# # #

CASE NO.:  14-22615-BKC-RAM

Submitted by:
Joel L. Tabas
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.